UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAJAA BOUYAGHROUMNI,<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE'S UNION GOSPEL MISSION,<br><br>Defendant. | CASE NO. 2:26-cv-02018-JNW<br><br>APPOINTMENT ORDER |

On September 21, 2026, the Court granted Plaintiff Rajaa Bouyaghroumni's motion to appoint counsel and directed the District Coordinator of the Pro Bono Panel to try to secure counsel to represent Bouyaghroumni for further proceedings. Dkt. No. 41. Since then, the Pro Bono Panel has successfully located counsel to represent Bouyaghroumni in this case. Thus, the Court APPOINTS the following attorney as pro bono counsel for Bouyaghroumni:

(1) Abdul Kallon
McGuireWoods LLP
1001 Fourth Ave, Ste 4368
Seattle, WA 98154
(206) 336-5184
akallon@mcguirewoods.com

This appointment is made under the Plan of the U.S. District Court for the Western District of Washington for the Representation of Pro Se Litigants in Civil Rights Actions. *See* General Order 06-26 (May 15, 2026), https://www.wawd.uscourts.gov/sites/wawd/files/General%20Order%2006-26%20Amended%20Pro%20Bono%20Plan.pdf.

Counsel is directed to file a Notice of Appearance within SEVEN (7) calendar days of this Order. If counsel cannot assume this representation for a reason contemplated by the Civil Rules, a motion for relief from appointment should immediately be filed with the Court.

Dated this 9th day of October, 2026.

Jamal N. Whitehead
United States District Judge