THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAJAA BOUYAGHROUMNI,<br>Plaintiff,<br>v.<br>SEATTLE'S UNION GOSPEL MISSION,<br>Defendant. | No. 2:26-cv-02018-JNW<br>**ORDER** GRANTING MOTION TO WITHDRAW AS PRO BONO COUNSEL FOR PLAINTIFF |

THIS MATTER is before the Court on the Motion to Withdraw Abdul Kallon, Shawn A. Shariati, and McGuireWoods LLP as Counsel (the "Motion"). The Court has reviewed the Motion and, for good cause shown, the Court will grant the Motion.

WHEREFORE, IT IS ORDERED that the Motion to Withdraw is GRANTED, and McGuireWoods LLP and its attorneys, Abdul Kallon and Shawn A. Shariati, shall be permitted to withdraw as counsel of record in this matter.

AND SO IT IS ORDERED.

Dated: November 16th, 2026

Jamal N. Whitehead
United States District Judge



**McGuireWoods LLP**
1001 Fourth Avenue, Suite 4368
Seattle, Washington 98154
Phone: +1.206.336.5000
Fax: +1.206.336.5010

Presented by:

Signed: Chicago, Illinois

*/s/ Abdul Kallon*
Abdul Kallon, WSBA No. 60719
Shawn A. Shariati, WSBA No. 52830
**McGuireWoods LLP**
1001 Fourth Avenue, Suite 4368
Seattle, Washington 98154
Tel: +1.206.336.500
Fax: +1.206.336.5010
AKallon@mcguirewoods.com
SShariati@mcguirewoods.com

*Pro bono Counsel for Plaintiff Rajaa Bouyaghroumni*

I certify under penalty of perjury that on November 13, 2026, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

I further certify that on November 13, 2026, I served a true and correct copy of the foregoing document on my client, Rajaa Bouyaghroumni, who is not a registered CM/ECF participant, by email to rajaabseattle@gmail.com, and U.S. mail.

Dated: November 13, 2026

Signed: Chicago, Illinois

*/s/ Abdul Kallon*

Abdul Kallon, WSBA No. 60719
**McGuireWoods LLP**
1001 Fourth Avenue, Suite 4368
Seattle, Washington 98154
Tel: +1.206.336.500
Fax: +1.206.336.5010
AKallon@mcguirewoods.com

*Pro bono Counsel for Plaintiff Rajaa Bouyaghroumni*